# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2025-1062
LT Case No. 2011-CF-051001-B

———————————————

JOSIAH WILLIAMS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

3.800 Appeal from the Circuit Court for Brevard County.
Kathryn M. Speicher, Judge.

Josiah Williams, Lake City, pro se.

No Appearance for Appellee.

July 8, 2025

PER CURIAM.

AFFIRMED. *See Linden v. State*, 398 So. 3d 445 (Fla. 4th DCA 2024), *review granted*, No. SC2025-0054, 2025 WL 1010192 (Fla. Apr. 4, 2025); *Sims v. State*, 286 So. 3d 292 (Fla. 4th DCA 2019).

MAKAR, HARRIS, and SOUD, JJ., concur.

————————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

————————————————————